IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SCOTT DAMON RICHARDSON, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:16-CV-2631-M-BH |
| ) | |
| AVERY #994, et al., ) | |
| ) | |
| Defendants. ) | Referred to U.S. Magistrate Judge |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Plaintiff's Motion for Entry of Default Judgment Against Avery #994 et al.* (doc. 9), and *Motion for Orders of Default Judgment Against Avery #994 et al.* (doc. 10), both filed December 16, 2016, are **DENIED**.

SIGNED this 17th day of January, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE