IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SCOTT DAMON RICHARDSON,      )
                                             )
           Plaintiff,        )
vs.                                 )    No. 3:16-CV-2631-M-BH
                                             )
AVERY #994, et al.,          )
                                           )
          Defendants.     )    Referred to U.S. Magistrate Judge

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States

Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the

Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The plaintiff's *Motion for Reconsider [sic] for Default Judgment* (doc. 16), and *Motion

for Orders for Reconsideration of Default Judgment* (doc. 18), both filed June 2, 2017, are

**DENIED**.

SIGNED this 29 day of June, 2017.


BARBARA M. G. LYNN
CHIEF JUDGE