IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SCOTT DAMON RICHARDSON, | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:16-CV-2631-M |
| AVERY #994, et al., | ) |
| Defendants. | ) |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, by separate judgment this action will be dismissed with prejudice under 28 U.S.C. § 1915(e)(2) as legally frivolous or for failure to state a claim on which relief may be granted.

**SIGNED this 23rd day of October, 2018.**

BARBARA M. G. LYNN
CHIEF JUDGE